JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MASBN 100560)
Assistant United States Attorney

  1301 Clay Street, Suite 340-S
  Oakland, California 94612
  Telephone:  (510) 637-3680
  Facsimile:  (510) 637-3724
  E-Mail:    Stephen.Corrigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-346 DLJ |
|     Plaintiff, ) | STIPULATED REQUESTS TO CONTINUE MOTIONS HEARING DATE AND EXCLUDE TIME FROM THE SPEEDY TRIAL CLOCK AND ORDER |
| v. ) | |
| ALDY ANTONIO, and ) BOBBY GUINTO, ) | |
|     Defendants. ) | |

    The parties jointly request that the court appearance scheduled for December 12, 2008, for defendants Aldy Antonio and Bobby Guinto, be continued to January 9, 2009, at 9:00 a.m., the date and time presently set for the appearance of co-defendants Merhdad "Tony" Hakimian and Emma DeGuzman. The parties request this continuance to allow for additional time to conduct further investigation and to explore the possibility of pretrial resolutions.

    The parties further stipulate and agree that there is a basis to exclude time from the Speedy Trial clock between December 12, 2008 and January 9, 2009, pursuant to 18 U.S.C. § 1361(h)(8)(A) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendants in a speedy trial, and §§1361(h)(B)(ii) and (iv) for sufficient time adequate

STIP. REQ. TO CONTINUE MOTIONS HEARING AND [PROPOSED] ORDER
No. CR 08-346 DLJ

to conduct adequate and effective preparation.

SO STIPULATED.

DATED: December 10, 2008

/S/
_____
STEPHEN G. CORRIGAN
Assistant United States Attorney

/S/
_____
SARA RIEF
Attorney for Bobby Guinto

/S/
_____
JEROME MATTHEWS
Attorney for Aldy Antonio

## ORDER

**IT IS ORDERED** that the December 12, 2008 appearance be continued until January 9, 2009, at 9:00 am and that the time between December 12, 2008 and January 9, 2009, be excluded from the Speedy Trial clock pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(ii) and (iv).

DATED: December 12, 2008

_____
D. LOWELL JENSEN
United States District Judge

STIP. REQ. TO CONTINUE MOTIONS HEARING AND [PROPOSED] ORDER
No. CR 08-346 DLJ