JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MASBN 100560)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail:     stephen.corrigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>    Plaintiff,                )<br>                              )<br>    v.                        )<br>                              )<br>BOBBY GUINTO,                 )<br>                              )<br>    Defendant.                )<br>_____) | No. CR 08-00346 DLJ<br><br>JOINT MOTION TO CONTINUE<br>SENTENCING AND **ORDER** |

     Plaintiff, United States of America, and the defendant, Bobby Guinto, through

counsel of record, and with the knowledge and consent of U.S. Probation Officer Charles W.

Mabie, jointly move to continue the sentencing date from January 29, 2010 at 10:00 a.m. to

//
//
//
//
//
//

JOINT MOTION TO CONTINUE SENTENCING
No. CR-08-00346 DLJ

1  March 19, 2010 at 10:00 a.m.

2  DATED: January 28, 2010

3

4
                                          /s/
5                                         _____
                                          STEPHEN G. CORRIGAN
6                                         Assistant United States Attorney

7
                                          /s/
8                                         _____
9                                         SARA REIF
                                          Attorney for Bobby Guinto
10

11 **SO ORDERED:**
12
13 DATED: January 28, 2010
                                          _____
14                                        HON. D. LOWELL JENSEN
                                          United States District Judge
15

JOINT MOTION TO CONTINUE SENTENCING
No. CR-08-00346 DLJ