1  STUART HANLON, CSBN: 66104
   SARA RIEF, CSBN: 227279
2  Law Offices of Hanlon & Rief
   179 11th Street, 2nd Floor
3  San Francisco, CA 94103

4  Attorney for Defendant
   BOBBY GUINTO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 08-00346 DLJ |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
| | ) | **ORDER TO CONTINUE SENTENCING** |
| | ) | **DATE** |
| BOBBY GUINTO, | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by the parties that the presently scheduled Sentencing hearing for March 19, 2010, before the Hon. Judge D. Lowell Jensen be continued to April 23, 2010 at 10:00 a.m.

This matter is being continued due to Mr. Guinto's need for the presentence interview and preparation of the presentence report.

Dated: March 9, 2010
                                            /S/
                                    STUART HANLON
                                    Attorney for Defendant
                                    BOBBY GUINTO

Dated: _____
                                            /S/
                                    STEVE CORRIGAN
                                    Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: March 11, 2010
                                    _____
                                    Hon. Judge D. LOWELL JENSEN
                                    United States District Judge